IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TONANCE M. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:22-cv-00167 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| JIM THOMAS ) | |
| *Thomas and Company*, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Doc. No. 7), recommending that this action be dismissed without prejudice for failure to effectuate service under Federal Rules of Civil Procedure 4(c) and 4(m). No objections to the Report and Recommendation have been filed, and the time for filing objections has now expired.

The failure to object to a report and recommendation releases the Court from its duty to independently review the matter. *Frias v. Frias*, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019); *Hart v. Bee Property Mgmt.*, No. 18-cv-11851, 2019 WL 1242372, at * 1 (E.D. Mich. March 18, 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The district court is not required to review, under a de novo or any other standard, those aspects of the report and recommendation to which no objection is made. *Ashraf v. Adventist Health System/Sunbelt, Inc.*, 322 F. Supp. 3d 879, 881 (W.D. Tenn. 2018); *Benson v. Walden Security*, No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018). The district court should adopt the magistrate judge's findings and rulings to which no specific objection is filed. *Id.*

Nonetheless, the Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved. Accordingly, this action is DISMISSED without prejudice.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE